# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| KEONDRA M. CHESTANG,<br>ADC # 134005<br>    Petitioner,<br><br>v.<br><br>RAY HOBBS, Director,<br>Arkansas Department of Correction<br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **Case No. 5:12-CV-00349 SWW-JTK** |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITHOUT PREJUDICE. The certificate of appealability is denied.

SO ADJUDGED this 24th day of September 2012.

/s/Susan Webber Wright

United States District Judge